**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**:  BILLY CLARENCE SMITH**            CASE NO:  **04-09260-8-SWH**
                    **ANNIE MCLAURIN SMITH**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **AFNI/VERIZON**<br>**404 BROCK DR**<br>**BLOOMINGTON, IL 61701** | **$28.59** | 10/01/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**March 25, 2010**                    /s/ Trawick H. Stubbs, Jr.
                                      **TRAWICK H. STUBBS, JR.**
                                      **CHAPTER 13 TRUSTEE**
                                      **P. O. BOX 1618**
                                      **NEW BERN, NC  28563**
                                      **(252) 633-0074**